IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SAMUEL GERARD WHITE,                )
                                    )
            Petitioner,             )
                                    )        1:20-cv-368
      v.                            )        1:18-cr-176-1
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Respondent.             )

## ORDER

On April 27, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 33, 34.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a _de novo_ review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 33), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, and letter motion for judgment, (Docs. 24, 28), are **DENIED**, and that this action is hereby, **DISMISSED.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment is entered contemporaneously herewith.

This the 15th day of March, 2023.

_____
United States District Judge